JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maurice Khalid Bey,<br><br>            Plaintiff,<br><br>    v.<br><br>Citi Mortgage, Inc.,<br><br>            Defendant. | Case No. EDCV 15-1838 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint (Doc. No. 16) is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: October 23, 2015

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge